**Order entered November 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00365-CR
### No. 05-15-01302-CR

### MARK ANGELO GUAJARDO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F13-72357-U, F14-71086-U

## ORDER

These two appeals involve cases that were tried together.[1]  However, although the notices of appeal were filed on the same date, they were delivered to this Court seven months apart.  The clerk's and reporter's records have now been filed in both cases.  Appellant has filed a brief in cause no. 05-15-00365-CR, but has not yet filed a brief in cause no. 05-15-01302-CR.

The Court **ORDERS** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, a supplemental clerk's record containing the February 4, 2015 judicial confession for trial court no. F13-72357-U (05-15-00365-CR).

---

[1] The reporter's record reflects that three other cases were tried with these two.  The Court has no record of notices of appeal having been filed regarding the three other cases.

After all briefs have been filed for the two cases, the appeals will be set for submission as companion cases.

We **DIRECT** the Clerk to send copies of this order to Felicia Pitre, Dallas County District Clerk, and to counsel for all parties.

/s/    ADA BROWN
          JUSTICE